**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Patricia Sandoval, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:12-cv-04401-M |
| v. | : |
| Performance Asset Recovery, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Plaintiff, Patricia Sandoval (hereinafter "Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 22, 2013

Respectfully submitted,

By  /s/Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: jburton@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 22, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                      By  */s/Jody B. Burton*
                                                            Jody B. Burton